UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| TARA GRALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24-cv-04209-SLD |
| | ) |
| WILLIAM G. GRALL, TAMMY GRAHAM, G-TEAM, P.C. d/b/a SHOALS FAMILY THERAPY, and RENEE LYNN KROLL GRALL, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff Tara Grall sues Defendants William G. Grall, Tammy Graham, G-Team, P.C. d/b/a Shoals Family Therapy, and Renee Lynn Kroll Grall for breach of fiduciary duty, conversion, fraud and misrepresentation, breach of contract, tortious interference with business relationships, and unjust enrichment. *See* Am. Compl., ECF No. 7. The matter comes before the Court for ruling on Plaintiff's motion for permission to e-file, ECF No. 3.

The motion is GRANTED. Plaintiff is directed to register for electronic filing by: 1) obtaining a PACER Account at www.pacer.gov; and then 2) requesting filer permission by following the instructions found at Registering for an E-Filing Account for Non-Attorney Filers at the bottom of the Court's web page at: https://www.ilcd.uscourts.gov/content/attorney-admission-pacer.

IT IS ORDERED that:

1)  This case is now in the process of service. Plaintiff is advised to wait until counsel has appeared for Defendants before filing any motions so that Defendants have notice and

an opportunity to respond to those motions. Motions filed before Defendants' counsel have filed appearances will generally be denied as premature.

2) The Court orders the U.S. Marshal to serve Defendants. Fed. R. Civ. P. 4(c)(3). The Clerk is DIRECTED to issue the proposed summonses for Defendants Renee Lynn Kroll Grall, Tammy Graham, and G-Team, P.C. d/b/a Shoals Family Therapy attached to Plaintiff's original complaint. *See* ECF No. 1-2. The Clerk is also DIRECTED to prepare and issue a summons for Defendant William G. Grall at the following address listed in Plaintiff's Amended Complaint: 8 Rebecca Ridge Iuka, MS 38852. The Clerk is further DIRECTED to forward the issued summonses to the U.S. Marshal for service along with copies of the Amended Complaint.

3) Plaintiff shall immediately notify the Court of any change in her mailing address and telephone number. Plaintiff's failure to notify the Court of a change in mailing address or phone number will result in dismissal of this lawsuit with prejudice.

Entered this 28th day of February, 2025.

s/ Sara Darrow<br>
SARA DARROW<br>
CHIEF UNITED STATES DISTRICT JUDGE